UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICAH STUBBS,

      Plaintiff,

    v.

SUE SAIGN, et al.,

      Defendants.

No.  2:26-cv-0253 DC AC PS

ORDER

On January 30, 2026, plaintiff filed this action in pro se and paid the filing fee.  ECF No. 1.  Pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  Immediately after filing, plaintiff moved to stay this case, stating that the action was filed in a protective posture to avoid running afoul of the statute of limitations, but that plaintiff does not wish to litigate this case while the underlying family law case remains pending in state court.  ECF No. 4 at 1.

The court does not grant general extensions of time or indefinitely stay cases that are not ripe for federal action at the outset.  The court notes that under the doctrine of Younger Abstention, federal courts cannot hear cases where "state proceedings: (1) are ongoing, (2) are quasi-criminal enforcement actions or involve a state's interest in enforcing the orders and judgments of its courts, (3) implicate an important state interest, and (4) allow litigants to raise federal challenges."  Stockton v. Brown, 152 F.4th 1124, 1136 (9th Cir. 2025); Younger v. Harris,

1

401 U.S. 37 (1971).  If plaintiff wishes to pursue this case at this time, he must comply with Fed. R. Civ. P. 4(m) and complete service of process within the required timeframe.  Alternatively, plaintiff may voluntarily dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  The court will not hold the case indefinitely.  Accordingly, the motion to stay (ECF No. 4) is DENIED.

DATED: February 10, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2