UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICAH STUBBS,

        Plaintiff,

    v.

SUE SAGIN, et al.,

        Defendants.

No.  2:26-cv-0253 DC AC PS

ORDER TO SHOW CAUSE

On January 30, 2026, plaintiff filed this action in pro se and paid the filing fee.  ECF No. 1. Pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  Immediately after filing, plaintiff moved to stay the case, stating that the action was filed in a protective posture to avoid running afoul of the statute of limitations, but that plaintiff does not wish to litigate this case while the underlying family law case remains pending in state court.  ECF No. 4 at 1.  The court denied the motion, explaining that the court does not grant general stays and that if plaintiff wishes to pursue this case at this time, he must comply with Fed. R. Civ. P. 4(m) and complete service of process within the required timeframe.

The Federal Rules require plaintiff to complete service within 90 days of filing.  Fed. R. Civ. P. 40(m).  Id.  The deadline has passed, and no certificate of service has been filed.  Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is Ordered to Show Cause, in writing no later than May 27, 2026, why this action should not be dismissed for failure to prosecute;

2. Plaintiff's filing of a proof of service upon defendant will be deemed good cause shown; and

3. If plaintiff fails to comply with this order, the case will be dismissed without prejudice for failure to prosecute.

DATED: May 12, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2